IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00311-LTB

DAVID E. HILL,

    Plaintiff,

v.

C. SCHWARTZ, Assist. Warden,
R. DERR, Unit Manager,
H. ARROYO, Case Manager,
A. CHURCH, Counselor, and
A. VANSICKLE, Corr. Officer, individually and in their official capacities,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 13, 2014, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 13 day of March, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/Jennifer Hawkins
                    Deputy Clerk